# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ANDRE THOMAS

NO. 2021 KW 1281

DECEMBER 6, 2021

---

In Re:   Andre Thomas, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 04-18-0599.

---

**BEFORE:   McDONALD, LANIER, AND WOLFE, JJ.**

**WRIT DENIED.** The record of the Clerk of Court of East Baton Rouge Parish reflects the district court is proceeding toward disposition of relator's "Motion For Bill Of Particulars," as it is set to be heard on December 15, 2021.

**JMM**
**WIL**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT